# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE BIG GREEN EGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEARTHSIDE DISTRIBUTORS, FIREPLACE COMPANY, and CLEVELAND GAS PRODUCTS, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> 1:09-CV-1577-RLV <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

COME NOW, Plaintiff THE BIG GREEN EGG, INC., and all Defendants HEARTHSIDE DISTRIBUTORS, FIREPLACE COMPANY, and CLEVELAND GAS PRODUCTS, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), hereby dismiss with prejudice all claims and counterclaims asserted in this action.

{218966.0022/A0277014_2}

Each party agrees to bear its own costs and attorneys' fees associated with either maintaining or defending this action. The Parties request the entry of the attached Order dismissing the entire case with prejudice.

This 16th day of October, 2009.


Agreed to by:

| | |
|---|---|
| /s/Marlo Orlin Leach | /s/Valerie W. Epstein |
| Marlo Orlin Leach | Valerie W. Epstein |
| Georgia Bar No. 442216 | Georgia Bar No. 142146 |
| | |
| ADORNO & YOSS LLC | BERKE, BERKE & BERKE |
| | |
| Two Midtown Plaza | 420 Frazier Avenue |
| 1349 W. Peachtree Street, Suite 1500 | P.O. Box 4747 |
| Atlanta, Georgia 30309 | Chattanooga, Tennessee 34705 |
| 404-347-8156 (telephone) | 423-265-5100 (telephone) |
| 404-347-8395 (facsimile) | 423-265-5307 (facsimile) |
| mleach@adorno.com | vepstein@berkeattys.com |
| | |
| Counsel for Plaintiff | Counsel for all Defendants |

## **LOCAL RULE 7.1(D) CERTIFICATE**

I hereby certify, pursuant to Local Rule 7.1(D), NDGa that the above *Joint Stipulation of Dismissal with Prejudice and Order* was prepared using size 14 Times New Roman font as required by Local Rule 5.1(B), NDGa.

This 16th day of October, 2009.

                          ADORNO & YOSS LLC

                          Two Midtown Plaza
                          1349 W. Peachtree Street, Suite 1500
                          Atlanta, Georgia 30309
                          404-347-8156 (telephone)
                          404-347-8395 (facsimile)
                          mleach@adorno.com

                    By: /s/Marlo Orlin Leach
                          Marlo Orlin Leach
                          Georgia Bar No. 442216