IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE BIG GREEN EGG, INC., <br><br> Plaintiff, <br><br> v. <br><br><br><br> HEARTHSIDE DISTRIBUTORS, FIREPLACE COMPANY, and CLEVELAND GAS PRODUCTS, <br><br> Defendants. | CIVIL ACTION FILE NO.: 1:09-CV-1577-RLV <br><br> JURY TRIAL DEMANDED |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming before this Court upon the Joint Stipulation of Dismissal with Prejudice, and it appearing that all Parties to this case are parties to the Stipulation of Dismissal, it is hereby

ORDERED AND ADJUDGED that all claims and counterclaims in this case are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

This _____ day of October, 2009.

                                          _____
                                          Honorable Robert L. Vining, Jr.
                                          UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** and this **CERTIFICATE** were electronically filed with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to the all counsel of record:

This 16th day of October, 2009.

ADORNO & YOSS LLC
/s/ Marlo Orlin Leach
Marlo Orlin Leach
Georgia Bar No. 442216
1349 W. Peachtree Street, Suite 1500
Atlanta, Georgia 30309
404-347-8516 (telephone)
404.347.8395 (facsimile)
mleach@adorno.com
